IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01982-WYD-BNB

BANNER HEALTH, an Arizona non-profit corporation, d/b/a STERLING REGIONAL MEDCENTER,

Plaintiff,

v.

TIMOTHY DAVID KEELER, M.D.,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Motion to Allow Counsel for Defendant to Appear by Telephone** (the "Motion"), filed on December 2, 2005.

      IT IS ORDERED that the Motion is GRANTED and defendant's counsel may appear by telephone for the December 29, 2005, scheduling conference by calling Chambers at 303/844-6408, at the time of the hearing.

DATED: December 5, 2005