IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 05-cv-01982-CBS-BNB

BANNER HEALTH, an Arizona non-profit corporation d/b/a STERLING REGIONAL MEDCENTER,
    Plaintiff,
v.

TIMOTHY DAVID KEELER, M.D.,
    Defendant.
_____

ORDER AND
ORDER OF REFERENCE
_____

This civil action comes before the court on several matters:

I.    Consent to Proceed by Magistrate Judge

On January 9, 2006, the above-captioned case was referred to Magistrate Judge Craig B. Shaffer to handle all dispositive matters including trial and entry of a final judgment in accordance with 28 U.S.C. 636(c), Fed. R. Civ. P. 73, and D.C. COLO. LCivR 72.2.  All previously scheduled matters will now be handled by Magistrate Judge Shaffer at the Alfred A. Arraj United States Courthouse, Courtroom A-402, 4th Floor, 901 Nineteenth St., Denver, Colorado 80294.  Magistrate Judge Shaffer's chambers telephone number is (303) 844-2117.   All future filings in this case shall be filed in the United States District Court for the District of Colorado under the caption **Civil Action No. 05-cv-01982-CBS-BNB**.

II.    Order of Reference

The October 19, 2005 Order of Reference to Magistrate Judge (doc. # 4) is hereby VACATED.  This matter is now referred to United States Magistrate Judge Boyd N. Boland *for settlement purposes only*, to convene such settlement conferences and direct related proceedings as may facilitate resolution of this case.

III.	Further Proceedings

A.	The deadlines and settings set forth in the Scheduling Order dated December 29, 2005 (doc. # 15) remain unchanged.

B.	A Status Conference shall be held by Magistrate Judge Shaffer on **Monday, May 22, 2006 at 8:30 a.m.**  Parties and counsel are advised that a Final Pretrial Conference and a trial date may be scheduled.

DATED at Denver, Colorado, this 11th day of January, 2006.

BY THE COURT:

s/Craig B. Shaffer
Craig B. Shaffer
United States Magistrate Judge