IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-01982-CBS-BNB

BANNER HEALTH, an Arizona nonprofit
corporation d/b/a STERLING REGIONAL
MEDCENTER,

    Plaintiff,

v.

TIMOTHY DAVID KEELER, M.D.,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

IT IS HEREBY ORDERED that the Motion for Leave to File an Amended Answer and Counterclaim and Request for a Hearing (*doc. no. 27*) is **DENIED,** without prejudice, for failure to provide a certificate showing compliance with **D.C.COLOL.CIVR. 7.1A**. The Court is unable to determine to what extent the Defendant attempted to confer with opposing counsel and whether the motion is opposed or unopposed.

**DATED:**    May 25, 2006