IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01982-CBS-BNB

BANNER HEALTH, an Arizona nonprofit
corporation d/b/a STERLING REGIONAL
MEDCENTER,

       Plaintiff,

v.

TIMOTHY DAVID KEELER, M.D.,

       Defendant.

## ORDER OF DISMISSAL

Magistrate Judge Craig B. Shaffer

       The Joint Stipulation of Dismissal filed on July 7, 2006, by the parties, having come before the Court, and appearing well founded; it is hereby

       ORDERED that this action is DISMISSED, with prejudice, each party to bear their own costs and attorney's fees incurred herein.  It is further

       ORDERED that Defendant's Motion (*doc. no. 29)* for Leave to File an Amended Answer and Counterclaim and Request for a Hearing is DENIED, as moot;

       Parties' Joint Motion (*doc. no. 37)* to Retain Jurisdiction for Sole Purpose of Enforcement of Terms of Settlement Agreement is DENIED, as moot; and

       The motion hearing set for July 12, 2006, is VACATED.

DATED at Denver, Colorado, this 10th day of July, 2006.

BY THE COURT:

s/Craig B. Shaffer
Craig B. Shaffer
United States Magistrate Judge